IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHONDA HOLLOWAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRES-CO SYSTEM USA, INC., et al. | : | NO. 13-3337 |

## ORDER

AND NOW, this 28th day of February, 2014, IT IS HEREBY ORDERED that defendants' motion to dismiss Count I of plaintiff's complaint (Dkt. 11) is DENIED.  Defendants shall provide a draft of their answer to the complaint to Magistrate Judge Perkin by March 10, 2014, the day before the scheduled settlement conference.  Defendants shall then file a final version of the answer on or before March 20, 2014.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.